## ORDER

PER CURIAM

**AND NOW**, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

James C. JONES and Frances T. Jones, h/w

v.

SUNOCO, INC., (R & M), f/k/a Sun Company, Inc., and f/k/a Sun Oil Company, Inc., Safety–Kleen Systems, Inc., CRC Industries, Inc., 3M Company, Advanced Auto Parts, Inc., The Pep Boys—Manny, Moe & Jack, Ace Hardware Corp., Illinois Tool Works, Inc., d/b/a Permatex and d/b/a Guout and d/b/a LPS Laboratories and d/b/a Wynn's Kendall Refining Inc., Ashland, Inc., Union Oil of California d/b/a Unocal, Witco Distribution, Inc., Wal–Mart Stores, Inc., Hunt Refining Company, Hunt Oil Company, Rust–Oleum Corp., individually and d/b/a Parks Corp., Fuchs Lubricants Co.

Petition of: Hunt Oil Company

No. 61 EAL 2017

Supreme Court of Pennsylvania.

August 1, 2017

## ORDER

PER CURIAM

**AND NOW**, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

It is further ordered that the Application for Stay is **DENIED**.

Harold PENNINGTON and Nancy Pennington

v.

UNITED STATES STEEL CORPORATION, CRC Industries, Inc., Sunoco, Inc. (R & M) f/k/a Sun Company Inc., Genuine Parts Company d/b/a Napa, Berryman Products, Inc., Safety-Kleen Systems, Inc., Shell Oil Company, Univar USA, Inc., f/k/a Chemcentral Corp., and Van Waters Rodgers, Inc., Ashland, Inc., Exxon Mobil Corporation, Radiator Specialty Company, Hunt Oil Company, Hunt Refining Company, Chevron USA, Inc., individually and as successor-in-interest to Gulf Oil Company, Union Oil Company of California d/b/a Unocal, individually and as successor in interest to American Mineral Spirits Company, Ford Motor Company, 3M Company

Petition of: Hunt Oil Company

No. 60 EAL 2017

Supreme Court of Pennsylvania.

August 1, 2017